## (April 28, 1952.)

■

JOSEPH CARLINO et al., Practicing Law under the Name of CARLINO, QUINN & BOWERS, Respondents, v. GIOVANNA LAURO, Defendant, and ANTONINA LAURO et al., Appellants.—

 No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.